385 A.2d 673.

IN RE ALFRED.

APRIL 28, 1978.

PRESENT: Bevilacqua, C.J., Paolino, Joslin, Kelleher and Doris, JJ.

PAOLINO, J. We have treated this "motion for release pending appeal" as a petition for habeas corpus pursuant to the terms of G.L. 1956 (1969 Reenactment) §14-1-53. The issues which we asked the parties to argue have been resolved by our opinion in *City of Warwick* v. *Robalewski*, 120 R.I. 119, 385 A.2d 669 (1978).

The petition for habeas corpus is denied and dismissed.

*Charles Greenwood*, Rhode Island Legal Services, Inc., for petitioner.

*Julius C. Michaelson*, Attorney General, *Alfred French Goldstein*, Special Assistant Attorney General, for respondent.